UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:
WAYNE A BEAN                                           CASE NUMBER: 09-32025
KIM J BEAN                                             CHAPTER 13
Debtor

### ORDER

At SOUTH BEND, Indiana on    September 26, 2014.

On August 11, 2014, Trustee, Debra L. Miller, filed a Motion for Court Determination of Final Cure Payment in regards to the mortgage held by HOUSEHOLD FINANCE CORPORATION III, Court Claim 8. A hearing on the matter has been held and it is now:

**ORDERED** that the Debtor has paid in full the amount required to cure the pre-petition default;

**FURTHER ORDERED** that Debtor's mortgage is contractually current as of the Trustee's Notice of July 14, 2014 and the next payment is due October 2014 as the Trustee has made the August and September 2014 payments;

**FURTHER ORDERED** that there are no fees, costs or advances outstanding as of the date of the Notice of July 14, 2014; and

**FURTHER ORDERED** that Debtor's escrow account is current as of the date of the Notice of July 14, 2014.

_____
Harry C Dees Jr, Judge
United States Bankruptcy Court